**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| HANK ADAM LOCKLIN and JENNIFER ORR LOCKLIN, ) ) ) Plaintiffs, ) ) v. ) ) STATE FARM INSURANCE COMPANY, ) ) Defendant. ) | CASE NO. 3:11-CV-00054 JUDGE TRAUGER MAGISTRATE KNOWLES |

## PLAINTIFFS' MOTION TO AMEND AND SUBSTITUTE STATE FARM FIRE & CASUALTY COMPANY FOR DEFENDANT STATE FARM INSURANCE COMPANY

Plaintiffs Hank Adam Locklin and Jennifer Orr Locklin, by and through undersigned counsel, hereby move this Court for an order allowing the plaintiffs to amend and substitute State Farm Fire & Casualty Company for named Defendant State Farm Insurance Company. In support of this Motion, Plaintiffs have filed and rely upon the contemporaneously filed Amended Complaint attached hereto as Exhibit A as well as their Memorandum in Support of their Motion to Substitute.

FARRAR & BATES, LLP

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR No. 019736
FARRAR & BATES, LLP
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
(615) 254-3060
*Counsel for Plaintiffs*

{FB065687 /}