UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HANK ADAM LOCKLIN, et al. ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0054 |
| ) | Judge Sharp/Knowles |
| STATE FARM FIRE & CASUALTY ) | |
| COMPANY ) | |

O R D E R

Pending before the Court is the parties' Joint Motion for Extension of Discovery. Docket Entry No. 20. This Motion is granted, and with permission of Judge Sharp, the trial date is continued. The following deadlines are extended as follows:

1. The parties shall complete all discovery on or before April 30, 2012.

2. The parties shall submit a joint mediation report on or before May 4, 2012.

3. The parties shall file all dispositive motions on or before May 8, 2012.

4. The jury trial is reset for **September 18, 2012, at 9:00 a.m.,** before the Honorable Kevin H. Sharp. The pretrial conference is reset for **August 27, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge