IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| HANK ADAM LOCKLIN and JENNIFER ORR LOCKLIN, | ) ) ) | |
|---|---|---|
| | ) | Case No: 3:11-CV-00054 |
| Plaintiffs, | ) ) | |
| | ) | U.S. District Judge Kevin H. Sharp |
| v. | ) ) | |
| | ) | U.S. Magistrate Judge E. Clifton Knowles |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | |
| | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that all claims against Defendant, State Farm Fire and Casualty Company may be dismissed by the Court with prejudice.

This 22nd day of February, 2013.

**AGREED AND APPROVED BY:**

s/Robyn Beale Williams
Robyn Beale Williams (#19736)
FARRAR & BATES, LLP
211 Seventh Avenue North, Ste. 500
Nashville, TN 37219
Robyn.williams@farrar-bates.com
615-254-3060
*Attorneys for Plaintiffs, Hank Adam Locklin and Jennifer Orr Locklin*

  s/ Christopher L. Vescovo
Christopher L. Vescovo (#14516)
Jonathan L. May (#27408)
THOMASON, HENDRIX, HARVEY,
 JOHNSON & MITCHELL, PLLC
2900 One Commerce Square, 40 South Main Street
Memphis, TN 38103
901-525-8721
vescovoc@thomasonlaw.com
mayj@thomasonlaw.com
*Attorneys for Defendant, State Farm Fire and Casualty Company*

4812-7139-5346, v.  1