IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| HANK ADAM LOCKLIN and JENNIFER ORR LOCKLIN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

Case No: 3:11-CV-00054

U.S. District Judge Kevin H. Sharp

U.S. Magistrate Judge E. Clifton Knowles

JURY DEMAND

## ORDER OF DISMISSAL

This Court, having received a joint Stipulation of Dismissal submitted by all parties, hereby dismisses this action with prejudice. The parties shall be responsible for their own attorneys' fees and costs.

ENTERED on this 25th day of February, 2013.

_____
JUDGE

SUBMITTED FOR APPROVAL BY:

  s/Robyn Beale Williams
Robyn Beale Williams (#19736)
FARRAR & BATES, LLP
211 Seventh Avenue North, Ste. 500
Nashville, TN  37219
Robyn.williams@farrar-bates.com
615-254-3060
*Attorneys for Plaintiffs, Hank Adam Locklin and Jennifer Orr Locklin*

  s/Christopher L. Vescovo
Christopher L. Vescovo (#14516)
Jonathan L. May (#27408)
THOMASON, HENDRIX, HARVEY,
 JOHNSON & MITCHELL, PLLC
2900 One Commerce Square, 40 South Main Street
Memphis, TN 38103
901-525-8721
vescovoc@thomasonlaw.com
mayj@thomasonlaw.com
*Attorneys for Defendant, State Farm Fire and Casualty Company*

4829-3483-0098, v. 1