UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HANK ADAM LOCKLIN, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>STATE FARM FIRE AND CASUALTY COMPANY )<br>)<br>Defendant. ) | Case No. 3:11-cv-00054<br>Judge Sharp |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 25, 2013.

    KEITH THROCKMORTON, CLERK

    s/   Dalaina Thompson